MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARK ISKRA,

      Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,
a foreign corporation,

      Defendant.

CASE NO. 2:13-cv-01676-JAD-PAL

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a)(1)(i), the Defendant(s) named not having filed or served an answer, motion for summary judgment or otherwise having appeared herein; the Plaintiff(s) in the above-entitled action as to the Defendant(s) named requests, authorizes and directs the Clerk of Court to enter a judgment of dismissal with prejudice, each party to bear its own costs and attorney's fees.

DATE: December 26, 2013     /s/ Mitchell Gliner
                            MITCHELL D. GLINER, ESQ.
                            Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED** this 30th day of December,

_____
UNITED STATES DISTRICT JUDGE